IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **NO. CR 05-115-TUC-FRZ (GEE)** |
| ) | |
| **Plaintiff(s),** ) | **ORDER** |
| ) | |
| **vs.** ) | |
| ) | |
| **OCIEL CASTILLO,** ) | |
| ) | |
| **Defendant(s).** ) | |
| ) | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1)(B) and the local rules of practice of this Court for an evidentiary hearing and report and recommendation on the Petition to Revoke Defendant's Supervised Release. Defendant and his counsel consented in writing to proceed before the Magistrate Judge.

On November 28, 2007, December 11, 2007, and December 17, 2007, Magistrate Judge Glenda E. Edmonds conducted evidentiary hearings and on March 31, 2008 issued her Report and Recommendation. [65]  A copy was sent to all parties.  Defendant filed Objections to Magistrate Report and Recommendation on April 16, 2008.[68] The Government filed a Response to the Objections on May 14, 2008.[76]  Defendant filed a reply to the Government's Response on May 15, 2008.[77]

The Court, having made a *de novo* review of the record herein, orders as follows:

/////

/////

IT IS ORDERED that Defendant's Objections to Magistrate Judge Edmonds' Report and Recommendation are DENIED.

IT IS FURTHER ORDERED that Magistrate Judge Edmonds' Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

IT IS THE FINDINGS AND ORDER of the Court that Defendant violated the conditions of his supervised release as stated in Allegation C of the Petition to Revoke his Supervised Release.

IT IS FURTHER THE FINDINGS AND ORDER of the Court that Allegations A and B of the Petition to Revoke Defendant's Supervised Release be DISMISSED.

DATED this 29th day of May, 2008.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge